1  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
2  Sabrina Wolfson (SBN: 248444)
   swolfson@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, California  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6

7  Attorneys for Defendant, City of San Bruno

8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| BAYKEEPER, INC., d/b/a SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN BRUNO, a California municipal corporation,<br><br>Defendant. | CASE NO. CV 10-00753 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 29, 2011 CASE MANAGEMENT CONFERENCE** |

19
20  WHEREAS, the parties in this case are scheduled to attend a Case Management Conference before this Court on April 29, 2011, at 10:00 a.m.;

21  WHEREAS, the parties have reached general agreement on the terms of a consent decree and are in the process of resolving the two remaining issues;

23  WHEREAS, the parties anticipate that they will finalize the consent decree by June 10, 2011, and therefore a Case Management Conference is not necessary at this time.

25  WHEREAS, the parties desire to continue the Case Management Conference to June 10, 2011.

27  NOW, THEREFORE, the undersigned parties hereby stipulate that:

28

10-00753 SC
STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 29, 2011 CASE MANAGEMENT CONFERENCE

1. The Case Management Conference currently set for April 29, 2011, will be continued until June 10, 2011 at 10:00 a.m. to allow the parties time to finalize the consent decree.

2. The parties shall file a joint case management conference statement by no later than June 3, 2011 advising the Court as to their progress in finalizing the consent decree and the need for a Case Management Conference.

DATED: April 29, 2011        MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Sabrina S. Wolfson
Sabrina S. Wolfson
Attorneys for Defendant, City of San Bruno

ENVIRONMENTAL ADVOCATES

DATED: April 29, 2011

By: /s/ Christopher A. Sproul
Christopher A. Sproul
Attorneys for Plaintiff, Baykeeper, Inc., d/b/a San Francisco Baykeeper

1635874.1

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/28/11        By: _____
U.S.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Kenton L. Alm (SBN: 59017)
kalm@meyersnave.com
Sabrina Wolfson (SBN: 248444)
swolfson@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF SAN BRUNO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, INC., d/b/a SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN BRUNO, a municipal corporation,<br><br>Defendant. | CASE NO.: CV 10-00753 SC<br><br>**DECLARATION OF SABRINA S. WOLFSON ATTESTING CONCURRENCE OF PLAINTIFF TO STIPULATION AND [PROPOSED] ORDER** |

I, Sabrina S. Wolfson, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and registered with the United States District Court, Northern District for e-filing, and an Associate at Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendant City of San Bruno ("City").  If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2. The parties wish to file the Stipulation and [Proposed] Order Continuing the April 29, 2011 Case Management Conference today, April 28, 2011.

3. On April 28, 2011, Christopher Sproul, Counsel for Plaintiff, Baykeeper, Inc., d/b/a San Francisco Baykeeper ("Baykeeper") indicated to me by telephone that we have permission to

1 | file the Stipulation and [Proposed] Order on Baykeeper's collective behalf.

2 |     4.    He also indicated to me that Baykeeper concurred with the contents of the

3 | Stipulation and [Proposed] Order as filed herewith.

4 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

5 | true and accurate. Executed on April 28, 2011, at Oakland, California.

                                                               /s/ Sabrina S. Wolfson
                                                              Sabrina S. Wolfson

11 | 1635915.1